## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
RUSSE, ANNE M                        §    Case No. 11-33437
                                     §
            Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/16/2011 . The undersigned trustee was appointed on 08/17/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,500.05 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 373.30 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 5,436.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,690.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/12/2011 and the deadline for filing governmental claims was 12/12/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,100.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,519.07 , for a total compensation of $ 1,519.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 87.75 , for total expenses of $ 87.75 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2012          By:/s/BRADLEY J. WALLER
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-33437
Case Name: RUSSE, ANNE M
Trustee Name: BRADLEY J. WALLER

Balance on hand $ 7,690.75

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,519.07 | $ 0.00 | $ 1,519.07 |
| Trustee Expenses: BRADLEY J. WALLER | $ 87.75 | $ 0.00 | $ 87.75 |

Total to be paid for chapter 7 administrative expenses $ 1,606.82

Remaining Balance $ 6,083.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 8)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,804.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Thomas Engelhard | $ 10,804.76 | $ 0.00 | $ 6,083.93 |

Total to be paid to timely general unsecured creditors    $    6,083.93

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

Exhibit A

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 11-33437 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | RUSSE, ANNE M | | | Date Filed (f) or Converted (c): | 08/16/11 (f) |
| | | | | 341(a) Meeting Date: | 09/08/11 |
| For Period Ending: | 02/20/12 | | | Claims Bar Date: | 12/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2936 Brossman, Naperville, IL 60564 | 289,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 2. Cash. | 10.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 3. Citibank Checking Account | 354.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 4. Citibank Money Market Account in banks, savings | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 5. Household goods and furnishings. audio, video, a | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 6. Clothing. | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 7. Term life insurance policy through work - no val | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 8. Prudential 401(k) other pension or profit sharin | 5,300.26 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 9. 2007 Lexus ES 350 66,000 miles | 18,000.00 | 0.00 | DA | 13,500.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 10. nly66,000 miles * Amount subject to adjustment o | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | FA |

| TOTALS (Excluding Unknown Values) | $313,764.26 | $0.00 | | $13,500.05 | $0.00 |
|---|---|---|---|---|---|
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver. 16.0:

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:    11-33437    BB    Judge: BRUCE W. BLACK    Trustee Name:    BRADLEY J. WALLER
Case Name:    RUSSE, ANNE M    Date Filed (f) or Converted (c):    08/16/11 (f)
                                341(a) Meeting Date:    09/08/11
                                Claims Bar Date:    12/12/11

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12    Current Projected Date of Final Report (TFR): 03/31/12

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-33437 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | RUSSE, ANNE M | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID No: | ******4613 | Account Number / CD #: | ******4765 Money Market Account |
| For Period Ending: | 02/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/12 | 9 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | per court order DEPOSIT CHECK #4705 | 1129-000 | 13,500.00 | | 13,500.00 |
| 01/23/12 | 001001 | American Auction Associates | | 3610-000 | | 373.30 | 13,126.70 |
| 01/26/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 13,126.75 |
| 01/26/12 | | Transfer to Acct #*******5445 | Bank Funds Transfer | 9999-000 | | 13,126.75 | 0.00 |

| | COLUMN TOTALS | 13,500.05 | 13,500.05 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 13,126.75 |
| | Subtotal | 13,500.05 | 373.30 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 13,500.05 | 373.30 |

Page Subtotals  13,500.05  13,500.05

Ver: 16.0

Page: 2

Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         11-33437 -BB
Case Name:       RUSSE, ANNE M
Taxpayer ID No:  *******4613
For Period Ending: 02/20/12

Trustee Name:    BRADLEY J. WALLER
Bank Name:       Congressional Bank
Account Number / CD #: *******5445 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******4765 | Bank Funds Transfer | 9999-000 | 13,126.75 |  | 13,126.75 |
| 02/20/12 | 001001 | Anne M. Russe 2936 Brossman Naperville, IL 60564 | Exemption | 8100-002 |  | 5,436.00 | 7,690.75 |

|  |  | COLUMN TOTALS | 13,126.75 | 5,436.00 |
|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 13,126.75 | 0.00 |
|  |  | Subtotal | 0.00 | 5,436.00 |
|  |  | Less: Payments to Debtors |  | 0.00 |
|  |  | Net | 0.00 | 5,436.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4765 | 13,500.05 | 373.30 | 0.00 |
| Checking Account - ********5445 | 0.00 | 0.00 | 7,690.75 |
|  | 13,500.05 | 373.30 | 7,690.75 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      13,126.75      5,436.00

| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 20, 2012 |

Case Number: 11-33437  
Debtor Name: RUSSE, ANNE M  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1-1<br>070<br>7100-00 | Thomas Engelhard<br>c/o Edgerton & Edgerton<br>125 Wood Street, POB 218<br>West Chicago, IL 60186-0218 | Unsecured | | $10,804.76 | $0.00 | $10,804.76 |
| | Case Totals: | | | $10,804.76 | $0.00 | $10,804.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type