UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RUSSE, ANNE M § Case No. 11-33437
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BRADLEY J. WALLER_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anne M. Russe |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | ENGELHARD, THOMAS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-33437 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | RUSSE, ANNE M | | | Date Filed (f) or Converted (c): | 08/16/11 (f) |
| | | | | 341(a) Meeting Date: | 09/08/11 |
| For Period Ending: | 05/09/12 | | | Claims Bar Date: | 12/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2936 Brossman, Naperville, IL 60564 | 289,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 2. Cash. | 10.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 3. Citibank Checking Account | 354.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 4. Citibank Money Market Account in banks, savings | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 5. Household goods and furnishings. audio, video, a | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 6. Clothing. | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 7. Term life insurance policy through work - no val | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 8. Prudential 401(k) other pension or profit sharin | 5,300.26 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 9. 2007 Lexus ES 350 66,000 miles | 18,000.00 | 0.00 | | 13,500.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 10. nly66,000 miles * Amount subject to adjustment o | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $313,764.26    $0.00    $13,500.05    $0.00

(Total Dollar Amount in Column 6)

_____

LFORM1    Ver: 16.06a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-33437   BB   Judge: BRUCE W. BLACK | Trustee Name: BRADLEY J. WALLER |
| Case Name: | RUSSE, ANNE M | Date Filed (f) or Converted (c): 08/16/11 (f) |
| | | 341(a) Meeting Date: 09/08/11 |
| | | Claims Bar Date: 12/12/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-33437 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | RUSSE, ANNE M | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4765 Money Market Account |
| Taxpayer ID No: | *******4613 | | |
| For Period Ending: | 05/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/12 | 9 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60455 | per court order DEPOSIT CHECK #4705 | 1129-000 | 13,500.00 | | 13,500.00 |
| 01/23/12 | 001001 | American Auction Associates | | 3610-000 | | 373.30 | 13,126.70 |
| 01/26/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 13,126.75 |
| 01/26/12 | | Transfer to Acct #*******5445 | Bank Funds Transfer | 9999-000 | | 13,126.75 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,500.05 | 13,500.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,126.75 | |
| Subtotal | 13,500.05 | 373.30 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,500.05 | 373.30 | |

Page Subtotals  13,500.05  13,500.05

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 11-33437 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | RUSSE, ANNE M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5445  Checking Account |
| Taxpayer ID No: | *******4613 | | | |
| For Period Ending: | 05/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******4765 | Bank Funds Transfer | 9999-000 | 13,126.75 | | 13,126.75 |
| 02/20/12 | 001001 | Anne M. Russe 2936 Brossman Naperville, IL 60564 | Exemption | 8100-002 | | 5,436.00 | 7,690.75 |
| 04/20/12 | 001002 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Compensation/Fees | 2100-000 | | 1,519.07 | 6,171.68 |
| 04/20/12 | 001003 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Chapter 7 Expenses | 2200-000 | | 87.75 | 6,083.93 |
| 04/20/12 | 001004 | Thomas Engelhard c/o Edgerton & Edgerton 125 Wood Street, POB 218 West Chicago, IL 60186-0218 | Claim 1-1, Payment 56.30787% | 7100-000 | | 6,083.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,126.75 | 13,126.75 | 0.00 |
| Less:  Bank Transfers/CD's | 13,126.75 | 0.00 | |
| Subtotal | 0.00 | 13,126.75 | |
| Less:  Payments to Debtors | | 5,436.00 | |
| Net | 0.00 | 7,690.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4765 | 13,500.05 | 373.30 | 0.00 |
| Checking Account - ********5445 | 0.00 | 7,690.75 | 0.00 |
| | 13,500.05 | 8,064.05 | 0.00 |

Page Subtotals         13,126.75         13,126.75

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-33437 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | RUSSE, ANNE M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5445 Checking Account |
| Taxpayer ID No: | *******4613 | | | |
| For Period Ending: | 05/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*